IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND N. COLEMAN,

    Petitioner,                           No. CIV S-09-0638 GGH P

    vs.

MICHAEL MARTEL, et al.,

    Respondents.                      <u>ORDER</u>

_____/

        Petitioner and respondent have requested an extension of time to file a joint scheduling statement pursuant to the court's order of March 17, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 17, 2009, request for an extension of time (Docket No. 9) is granted; and

        2. The parties are granted until April 24, 2009, in which to file a joint scheduling statement.

DATED: April 23, 2009

                                                         /s/ Gregory G. Hollows

                                                         GREGORY G. HOLLOWS
                                                         UNITED STATES MAGISTRATE JUDGE

GGH:kly
cole0638.111